NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000

ATTORNEYS FOR: Defendant Apex Financial Management, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS<br><br>Plaintiff(s),<br>v.<br>APEX FINANCIAL MANAGEMENT, LLC<br><br>Defendant(s) | CASE NUMBER:<br><br>12-cv-04377-DDP-DTB<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant Apex Financial Management, LLC (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Apex Financial Management, LLC, an Illinois limited liability and wholly-owned subsidiary of Equable Ascent Financial, LLC | Defendant |
| Equable Ascent Financial, LLC, a Delaware limited liability company | |

June 15, 2012                                            s/Jeffrey A. Topor
Date                                                     Sign

                                                         Jeffrey A. Topor
                                                         Attorney of record for or party appearing in pro per

CV-30 (04/10)                    **NOTICE OF INTERESTED PARTIES**

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)   **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
Plaintiff in pro se

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 15th day of June, 2012.

_____
Sally Koo