1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Apex Financial Management, LLC
8

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

DEON L. THOMAS,              )  CASE NO.: 12-cv-04377-DDP-DTB
                             )
           Plaintiff,        )  **NOTICE OF APPEARANCE OF**
                             )  **ARVIN C. LUGAY AS COUNSEL**
           vs.               )  **FOR DEFENDANT**
                             )
APEX FINANCIAL               )
MANAGEMENT, LLC,             )
                             )
           Defendant.        )
_____)

TO PLAINTIFF IN PRO SE:

PLEASE TAKE NOTICE that Arvin C. Lugay, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendant Apex Financial Management, LLC.

DATED: August 17, 2012          SIMMONDS & NARITA LLP
JEFFREY A. TOPOR
ARVIN C. LUGAY


By:    s/Arvin C. Lugay
        Arvin C. Lugay
        Attorneys for defendant
        Apex Financial Management, LLC

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **NOTICE OF APPEARANCE OF ARVIN C. LUGAY AS COUNSEL FOR APEX FINANCIAL MANAGEMENT, LLC**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
Plaintiff in pro se

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 17th day of August, 2012.

_____
Sally Koo